```
                                        U.S. DISTRICT COURT
                                         DISTRICT OF N.H.
                                              FILED

                                        2005 JUL 13 A 11: 24
```

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Duncan J. McNeil, III

    v.                                    Civil No. 05-fp-224

United States



## ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS

Plaintiff's request to proceed in forma pauperis is hereby granted, but only for the purpose of waiving the filing fee.

This case has been assigned number 05-cv-224-SM.

**SO ORDERED.**

                                                James R. Muirhead
                                              United States Magistrate Judge

Date: July 13, 2005

cc:    Duncan J. McNeil, III, pro se