

```
                                            U.S. DISTRICT COURT
                                            DISTRICT OF ...  ...SHIRE

                                              SEP - 7 2005

                                                FILED
```

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Duncan J. McNeil, III

      v.                       Case No. 05-cv-224-SM

United States, et al.

### ORDER

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated August 5, 2005, no objection having been filed, for the reasons set forth therein. Plaintiff's complaint is hereby dismissed.

SO ORDERED.

September 7, 2005

                                      Steven J. McAuliffe
                                      Chief Judge

cc:    Duncan J. McNeil, III, pro se